IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MELINDA CRANDALL and BENJAMIN CRANDALL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO COMPEL RULE 30(b)(6) DISCOVERY (Docket No. 27)**<br><br>Case No.  2:11-cv-00497-RJS-EJF<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

On February 24, 2011, District Judge Dee Benson[1] referred this case to Magistrate Judge Brooke C. Wells under 28 U.S.C. section 636(b)(1)(A).  (Docket No. 16.)  On May 21, 2012, this referral was reassigned to Magistrate Judge Evelyn J. Furse.  (Docket No. 29.)  The Court has read the Motion and Memoranda submitted for and against Plaintiffs' Motion to Compel Rule 30(b)(6) Discovery (Docket No. 27).

That the deposition may be duplicative of other testimony does not relieve the Defendant from the obligation to prepare and supply a witness to testify on designated topics.  Plaintiffs have conceded that they will not inquire into topics solely related to the bad faith claim.  Objections based on attorney client privilege can be raised at the deposition itself.  Objections that the topics are too broad because they encompass the entire case are not well taken.

Accordingly, Plaintiffs' Motion to Compel is **GRANTED**.  Plaintiffs are **HEREBY ORDERED** to notice the deposition for some date prior to December 15, 2012.  Defendant is **HEREBY ORDERED** to prepare and present one or more witnesses to respond to the topics.

---

[1] On October 10, 2012, this case was reassigned to newly appointed District Judge Robert J. Shelby.  (*See* Docket No. 39.)

DATED this 9th day of November, 2012.

                              BY THE COURT:

                              _____
                              EVELYN J. FURSE
                              United States Magistrate Judge